AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Jerome S. Garcia *also known as Jerome Garcia,*
*Plaintiff,*

v.

Kevin Shwedo *SCDMV Director*; Michael Leach
*Director Child Support*; LaWanda Mack *SCDMV*
*Supervisor,*

Civil Action No.      3:22-cv-02266-MGL

)
)
)
)
)

*Defendants.*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

■ The plaintiff, Jerome S. Garcia *also known as Jerome Garcia*, shall take nothing of the defendants, Kevin Shwedo
*SCDMV Director*, Michael Leach *Director Child Support* and LaWanda Mack *SCDMV Supervisor,* and this action is
dismissed with prejudice.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge, presiding, adopting the Report and
Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing
the action.

Date:   April 19, 2023                                 *ROBIN L. BLUME, CLERK OF COURT*

                                                                          s/L. Baker
                                                       _____
                                                            *Signature of Clerk or Deputy Clerk*